**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2145**

JEFFREY C. PAYNE,

Plaintiff – Appellant,

v.

WHOLE FOODS MARKET GROUP, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Terrence W. Boyle, District Judge.  (5:11-cv-00226-BO)

Submitted:  April 19, 2012          Decided:  April 24, 2012

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey C. Payne, Appellant Pro Se. Robert Allen Sar, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey C. Payne appeals the district court's order dismissing his civil suit alleging wrongful discharge and intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Payne v. Whole Foods Market, Inc., No. 5:11-cv-00226-BO (E.D.N.C. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED